UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAELL BISHOP ON BEHALF
OF M.B., A MINOR,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No.: 1:08-cv-799

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dk.t #12) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Commissioner's decision finding that plaintiff was not entitled to child's supplemental security income (SSI) benefits is **AFFIRMED**.

**This action is terminated.**

Dated: September 23, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge